IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENAN G. WILKINS, | ) | No. C 10-3090 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION |
| v. | ) ) | |
| COUNTY OF ALAMEDA, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner amended complaint under 42 U.S.C. § 1983. Before the Court is Defendants' ex parte application for extension of time to file their dispositive motion.

Because it appears no party would be prejudiced by an extension, Defendants' ex parte application is GRANTED. Defendants shall file their dispositive motion **on or before October 10, 2011**. Plaintiff shall file his opposition within **thirty (30) days** thereafter. Defendants shall file their reply **fifteen (15) days** from the date Plaintiff's opposition is filed.

This order terminates docket no. 45.

IT IS SO ORDERED.

DATED:  6/30/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Defendants' ex Parte Application for Extension of Time to File Motion for Summary Judgment or Other Dispositive Motion
P:\PRO-SE\SJ.LHK\CR.10\Wilkins090eot-dm.wpd