IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENAN G. WILKINS, | ) | No. C 10-3090 LHK (PR) |
| Plaintiff, | ) ) | ORDER AFTER REMAND; FURTHER BRIEFING |
| v. | ) ) | |
| COUNTY OF ALAMEDA, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff, a pretrial detainee proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 2, 2012, the court granted summary judgment in favor of defendants. On April 30, 2014, the Court of Appeals affirmed in part, reversed in part, and remanded. The Court of Appeals reversed and remanded plaintiff's claims of equal protection, procedural due process, conspiracy to deprive plaintiff of his rights, and negligent or willful failure to prevent such a conspiracy. The Court of Appeals affirmed as to the remaining claims. The case is now reopened.

No later than **forty-five days** from the filing date of this order, defendants shall file a motion for summary judgment. Plaintiff shall file an opposition within **twenty-eight days** of defendants' motion. Defendants shall file a reply brief within **fourteen days** thereafter.

///

///

Order After Remand; Further Briefing
P:\PRO-SE\LHK\CR.10\Wilkins090remand.wpd

IT IS SO ORDERED.

DATED: 5/6/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge