UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEENAN G. WILKINS,

    Plaintiff,

  v.

GREGORY J. AHERN, et al.,

    Defendants.

Case No.  C 10-3090 LHK  (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on October 9, 2014 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff and Plaintiff's Counsel Yolanda Huang and Dennis Cunningham

    (   )  Warden or warden's representative

    (   )  Office of the California Attorney General

    ( X )  Other: Defense Counsel Michael Wenzel and Talia Saypoff

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X)  The case has been completely settled.  A telephonic status conference is scheduled for November 18, 2014 at 1:00 p.m.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( ) The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: October 21, 2014

4   _____

5   NANDOR J. VADAS
United States Magistrate Judge