Thomas F. Bertrand, SBN 056560
Michael C. Wenzel, SBN 215388
Bertrand, Fox & Elliot
The Waterfront Building
2749 Hyde Street
San Francisco, California  94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

*Attorneys for Multiple Defendants*
*(See signature page for complete list of parties represented*; Civil L.R. 3-4(a)(1))

KEENAN WILKINS aka
 NEERAH BROWN, AN2387
CSP-SAC
PO Box 290066
Represa, CA 95671
Plaintiff In Pro Per

**IT IS SO ORDERED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS, | Case No. C 10-3090 LHK (PR) |
| Plaintiff, | **STIPULATION TO DISMISSAL WITH PREJUDICE** |
| v. | |
| COUNTY OF ALAMEDA, et al. | |
| Defendants. | |

    IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

    **SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: December 9, 2014 | BERTRAND, FOX & ELLIOT |
| 2 | | By: /s/ Michael C. Wenzel |
| | | Michael C. Wenzel |
| | | Attorneys for Defendants |
| | | COUNTY OF ALAMEDA, SANTA RITA JAIL CAPTAIN CARLA KENNEDY, DAVE MACDONALD, SUPERVISOR JANET PETERS LOLITA FRANCISCO AT THE COUNTY OF ALAMEDA REGISTRAR OF VOTERS, SHERIFF GREGORY J. AHERN, CAPTAIN JAMES E. AYALA, SGT. JONES, LT. BOWMAN, LT. THEOBALD, LT. KENNEDY, LT. SANCHAS, SGT. SNIDER, DEPUTY DELGADILLO, AND LT. ARY AT THE ALAMEDA COUNTY SHERIFF'S OFFICE |

Dated: Dec. 2, 2014         KEENAN G. WILKINS

By:          /s/ Yolanda Huang
   Yolanda Huang
   Attorney In Fact for Plaintiff
   KEENAN WILKINS

IT IS SO ORDERED AND APPROVED AS OF THIS 22nd DAY OF DECEMBER IN 2014. THE CLERK SHALL CLOSE THE CASE FILE.

Date: 12/22/2014         Signed by: *Lucy H. Koh*
                                    The Hon. Lucy H. Koh

2
STIPULATION OF DISMISSAL WITH PREJUDICE
*Wilkins v. County of Alameda, et al.*; U.S.D.C. Northern District of CA Case No. C 10-3090 LHK (PR)